```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN MULDOON,

            Plaintiff,

-against-

MARTIN O'MALLEY, Commissioner of Social Security,

            Defendant.

24-CV-5305 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to Standing Order No. M-10-468 (Dkt. 3), plaintiff's brief was due on October 15, 2024 (30 days after the administrative record was filed). No brief was filed, and no extended schedule has been requested or so-ordered. Plaintiff must file his brief no later than **November 15, 2024**.

Dated: New York, New York
       November 7, 2024

                                        **SO ORDERED**.

                                        _____
                                        **BARBARA MOSES**
                                        **United States Magistrate Judge**