**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  JOHN M.,

                            Plaintiff,                          24 **CIVIL** 5305 (GRJ)

       -v-                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 31, 2025, Plaintiff's motion requesting remand for further administrative proceedings (Docket No. 18) is GRANTED and this matter is REMANDED for further administrative proceedings consistent with the Decision and Order.

**Dated:**  New York, New York

    June 2, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                      **Clerk of Court**

                                          **BY:**

                                                                      **Deputy Clerk**